# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PETERSON and BRANDON MILLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALGREEN COMPANY and DOES 1 through 100,<br><br>    Defendants. | 1:12-cv-1832 LJO GSA<br><br>**AMENDED ORDER AFTER SCHEDULING CONFERENCE** |

On February 12, 2012, a scheduling conference was held. Plaintiffs' counsel Craig Ackerman, and Defendant's counsel, Diana Tabacopoulos and Jill Porcaro appeared telephonically. The scheduling conference was continued until March 12, 2013 at 10:00 a.m. before the undersigned.[1]

No later than five (5) court days prior to the next hearing, the parties shall submit a joint scheduling report. In the joint scheduling report, the parties shall address the following :

1) Whether Defendant will stipulate to the filing of Plaintiff's amended complaint filed

---

[1] This amended scheduling conference order reflects a change in this date. The Order issued on February 19, 2013 (Doc. 16) incorrectly indicated that the next scheduling conference was to be held on March 23, 2013 at 10:00 a.m. rather than on March 12, 2013 at 10:00 a.m.

1

1    on February 5, 2013 (if this issue is not already resolved);

2    2) Whether any dispositve motions are anticipated, a proposed deadline for the filing of
3 such motions, and a proposed schedule for any discovery related to the motions; and

4    3) If dispositive motions will not be filed, the parties shall submit proposed dates for the
5 completion of class certification discovery and the filing of class certification motions.  The
6 parties are advised that the Court requires thirty (30) days between the filing of the motion, the
7 opposition, and any reply.

10    IT IS SO ORDERED.

11    Dated:  **February 19, 2013**                    /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE