**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEOFFREY PETERSON and BRANDON MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO., and DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO. 1:12-CV-01832-LJO-GSA<br><br>**ORDER ALLOWING PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT AND ALLOWING DEFENDANT'S PREVIOUSLY-FILED ANSWER TO SERVE AS THE ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

*Order Allowing Plaintiffs to File Their First Amended Complaint and Allowing Defendant's Previously-Filed Answer to Serve as the Answer to Plaintiffs' First Amended Complaint*

*- 1 -*

## ORDER

Good cause appearing, this Court accepts the parties' Stipulation filed on March 15, 2013, in the above-captioned matter.

Accordingly, Plaintiffs First Amended Complaint shall be deemed filed as of the date of its submission. Defendant's Answer to Class Action Complaint, Docket No. 10, filed on December 31, 2012, will serve as Defendant's Answer to Plaintiffs' First Amended Complaint with no additional responsive pleading necessary by Defendant. Defendant's consent to the filing of the First Amended Complaint shall not be construed as an admission to the facts or claims alleged therein and Defendant shall retain the right to challenge the facts and claims asserted in the First Amended Complaint on any ground.

IT IS SO ORDERED.

Dated: __March 21, 2013__                    __/s/ Gary S. Austin__
                                             UNITED STATES MAGISTRATE JUDGE