1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PETERSON, BRANDON MILLER and BRENTON PACHECO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO., and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 1:12-CV-01832-LJO-GSA<br><br>Hon. Lawrence J. O'Neill<br><br>**ORDER TRANSFERRING VENUE TO CENTRAL DISTRICT OF CALIFORNIA**<br><br>Complaint Filed:   November 7, 2012 |

1   Based on the Stipulation of the parties and good cause having been shown,

2   IT IS HEREBY ORDERED:

3   This case shall be transferred to the United States District Court Central District of California, and shall be consolidated with the Consolidated Cases, Lead Case: *George Wilson, Tanarica Martin v. Walgreen Co.*, Case no. CV11-7664 PSG (FFMx).  This Court VACATES all pending matters and dates set in this Court and DIRECTS the clerk to take necessary action to transfer this action to the United States District Court Central District of California and to close this action.

IT IS SO ORDERED.

Dated:   **September 30, 2013**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE