1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21

| GEOFFREY PETERSON, BRANDON MILLER and BRENTON PACHECO, individually and on behalf of others similarly situated, | Case No. 1:12-CV-01832-LJO-GSA |
|---|---|
| | Hon. Lawrence J. O'Neill |
| Plaintiffs, | **ORDER TRANSFERRING VENUE TO CENTRAL DISTRICT OF CALIFORNIA** |
| v. | |
| WALGREEN CO., and DOES 1 through 100, Inclusive, | Complaint Filed:    November 7, 2012 |
| Defendants. | |

22
23
24
25
26
27
28

1    Based on the Stipulation of the parties and good cause having been shown,

2    IT IS HEREBY ORDERED:

3    This case shall be transferred to the United States District Court Central District of
4    California, and shall be consolidated with the Consolidated Cases, Lead Case: *George Wilson,*
5    *Tanarica Martin v. Walgreen Co.*, Case no. CV11-7664 PSG (FFMx).  This Court VACATES
6    all pending matters and dates set in this Court and DIRECTS the clerk to take necessary action
7    to transfer this action to the United States District Court Central District of California and to
8    close this action.

IT IS SO ORDERED.

  Dated:   **September 30, 2013**            **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE